Opinion filed December 1, 2005 












 
 
  
 
 







 
 
  
 
 




Opinion filed December 1, 2005 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00122-CV 

                                                    __________

 

                                 TAMMIE F. LOCKRIDGE, Appellant

 

                                                             V.

 

                                 VICTOR
W. LOCKRIDGE, Appellee

 



 

                                         On
Appeal from the 330th District Court

 

                                                          Dallas
County, Texas

 

                                               Trial
Court Cause No. 03-16034-Y

 



 

                                            M
E M O R A N D R U M   O P I N I O N

On
January 11, 2005, the trial court signed an order finding that Victor W.
Lockridge  had failed to comply with the
terms and conditions of the trial court=s August 24, 2004, order and committing
Victor to the custody of the Dallas County Sheriff.  On February 11, 2005, the trial court signed
an order granting Victor=s motion to be released from jail.  Tammie filed a notice of appeal challenging
the February 11 order.  We dismiss the
appeal.

The
February 11 order is not a final, appealable order.  Tammie has failed to invoke the jurisdiction
of this court.








The
appeal is dismissed.

 

PER
CURIAM

 

December 1, 2005

Not designated for
publication.  See TEX.R.APP.P.
47.2(a).

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.